MARCUS A. TORRANO (BAR NO. 138874)
MICHAEL S. CHAMBERLIN (BAR NO. 175427)
CANDACE S. BERTOLDI (BAR NO. 254725)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90017
Telephone:   (213) 892-9200
Facsimile:   (213) 680-4518

Attorneys for Defendants GC Services, LP

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CAPITAL INTEGRATION, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>GC SERVICES, LP, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:07-CV-2357-FCD-EFB<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY ORDERED that *Capital Integration, LLC vs. GC Services, LP*, Civil Action No. 2:07-CV-2357 FCD EFB be DISMISSED WITH PREJUDICE.

Dated:  July 8, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE